1  TODD W. BURNS
   California State Bar No. 194937
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone No. (619) 234-8467
4  Email: Todd_Burns@fd.org

5  Attorneys for Defendant

6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                   **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,        ) | CASE NO.  08MJ1348
                                     )
12 |      Plaintiff,                  )
                                     )
13 | v.                               )
                                     ) NOTICE OF APPEARANCE
14 | DANIEL CRUZ-ESCOBAR,             )
                                     )
15 |      Defendant.                  )
   |_____ )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd
18 W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the
19 above-captioned case.

20                                    Respectfully submitted,
21
22 Dated:  May 5, 2008                /s/ *TODD W. BURNS*
                                      Federal Defenders of San Diego, Inc.
23                                    Attorneys for Defendant
                                      Todd_Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 5, 2008
/s/ TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Todd_Burns@fd.org (email)

2