FILED
MAY 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal No. 08MJ1348 |
| Plaintiff,            ) | |
| v.            ) | **ORDER TO PRESERVE EVIDENCE** |
| DANIEL CRUZ-ESCOBAR,            ) | |
| Defendant.            ) | |

**IT IS HEREBY ORDERED**, Defendant having submitted a motion to preserve evidence, and good cause appearing therefore, that the government preserve ~~any evidence~~ *any audio or video recordings* relating to the Defendant's ~~seizure, including any audio or video recordings.~~ *arrest on April 29, 2008*

**SO ORDERED.**

Dated: 5-7-08

_____
HONORABLE NITA L. STORMES
United States Magistrate Judge