```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  UNITED STATES OF AMERICA,   ) Case No. 08MJ1348-NLS
                                )
 5          Plaintiff,          ) San Diego, California
                                )
 6  vs.                         ) Thursday,
                                ) May 15, 2008
 7  DANIEL CRUZ-ESCOBAR,        ) 9:30 a.m.
                                )
 8          Defendant.          )
    _____)
 9
10           TRANSCRIPT OF PRELIMINARY HEARING
            BEFORE THE HONORABLE NITA L. STORMES
11             UNITED STATES MAGISTRATE JUDGE

12  APPEARANCES:

13  For the Plaintiff:          CHARLOTTE KAISER, ESQ.
                                Assistant United States
14                                Attorney
                                880 Front Street
15                              San Diego, California 92101

16
    For the Defendant:          FEDERAL DEFENDERS OF SAN
17                              DIEGO, BY: TODD W. BURNS, ESQ.
                                225 Broadway, Suite 900
18                              San Diego, California 92101

19
    Transcript Ordered by:      TODD W. BURNS, ESQ.
20
    Transcriber:                Leslie Kychik
21                              Echo Reporting, Inc.
                                6336 Greenwich Drive, Suite B
22                              San Diego, California 92122
                                (858) 453-7590
23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
                                                                    1

 1     SAN DIEGO, CALIFORNIA THURSDAY, MAY 15, 2008 9:30 A.M.
 2                            --oOo--
 3      (Call to order of the Court.)
 4           THE COURT:  Ms. Kaiser, are you familiar with
 5  number five on the calendar, Daniel Cruz-Escobar?
 6           MS. KAISER:  Your Honor, I partially spoke with
 7  the AUSA on the matter.  My understanding is that he would
 8  be requesting a continuance as there seems to be some
 9  confusion as to whether this was supposed to be a time
10  waiver or waiver of indictment.
11           THE COURT:  Are you prepared to stand in for him
12  on that matter?
13           MS. KAISER:  If your Honor wishes me to do so.
14           THE COURT:  It's not whether I wish.  It's whether
15  you're prepared to do it.
16           MS. KAISER:  Yes, your Honor.
17           THE COURT:  All right.  Call number five please.
18           THE CLERK:  Calling matter number five off
19  calendar, case number 08MJ1348-NLS United States verus
20  Daniel Cruz-Escobar also on calendar for a preliminary
21  hearing.
22           MR. BURNS:  Good morning, your Honor.  Todd Burns
23  Public Defender on behalf of Mr. Cruz.
24           THE COURT:  Good morning.  All right.  This matter
25  was on for a preliminary hearing today albeit I was advised
```

2

1 prior to court that this individual was going to --
2     UNIDENTIFIED SPEAKER: I'm sorry which --
3     THE COURT: Number five, Mr. Cruz-Escobar. The
4 Court was advised that this individual was going to waive
5 indictment this morning and plead to an information. Is
6 that correct, counsel?
7     MS. KAISER: No, your Honor. My understanding is
8 the government's position is that it was supposed to be a
9 time waiver. That is what was represented to the
10 government. That is the government's understanding.
11     MR. BURNS: Your Honor, I don't know how there
12 could have been miscommunication on this matter. I made it
13 quite clear to Mr. Jones that I wanted this case to proceed
14 quickly because there were some circumstances by which I
15 wanted to get in front of a district judge and if we were
16 going to enter into an agreement, ask for immediate
17 sentencing which the government did agree that whatever
18 offer was made by the government that they would not oppose
19 and would agree to request for immediate sentencing.
20     I made it clear that I also wanted to not waive
21 time today and extend things a couple of weeks given the
22 same circumstances. I made it clear that he would waive
23 indictment today to keep open the options of potentially
24 working out a deal to save the government time from getting
25 the indictment. I actually asked Mr. Jones even though

3

1 there wasn't a plea agreement to send me the waiver of
2 indictment and the information, which he did.  I had my
3 client sign the waiver of indictment, was prepared to waive
4 indictment today.
5         I don't know how Mr. Jones is confused but now
6 he's come in here and I said look, "I've got a waiver of
7 indictment.  Waive indictment, get information, keep the
8 options open, decide where we're going from here."  He said
9 he doesn't want to do that.  He wants to go get an
10 indictment.  That's Mr. Jones' choice.  In having made this
11 choice and this being the 10th day from the initial
12 appearance and apparently not being ready for preliminary
13 hearing I move to dismiss.
14         THE COURT:  Well, the Court is not going to
15 dismiss this case in the absence of Mr. Jones.  It appears
16 to be that there was, in fact, a miscommunication of
17 counsel.  Today is Thursday the 15th.  I'm going to continue
18 this matter to my calendar for preliminary hearing on next
19 Tuesday, which will be the 20th, and I find that
20 extraordinary circumstances exist and justice requires the
21 delay based on a miscommunication of counsel as to whether
22 this individual was going to waive indictment and plead to
23 an information or waive time.  That will be the basis of my
24 ruling and this matter will be set on my calendar next
25 Tuesday morning at 9:30.

*Echo Reporting, Inc.*

4

1        MR. BURNS:  I note Mr. Cruz's objection, your
2 Honor.
3        THE COURT:  So noted.
4    (Proceedings concluded.)
5
6        I certify that the foregoing is a correct
7 transcript from the electronic sound recording of the
8 proceedings in the above-entitled matter.
9 s/Leslie Kychik            5/28/08
  Transcriber                Date
10
11 FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
12 s/L.L. Francisco
   L.L. Francisco, President
13 Echo Reporting, Inc.
14
15
16
17
18
19
20
21
22
23
24
25